James W. Witherspoon, J. G. Evans, and J. H. Sears, Appellants, v. Glenn S. Gilmore and Mary Elsie Gilmore, Appellees.

**Gen. No. 11,454.**

Second District, Second Division.

May 16, 1961.

Rehearing denied July 3, 1961.

Robert H. White, and James C. Allen, for appellant; Barash & Stoerzbach, for appellee. Opinion by JUDGE CROW. **Not to be published in full.**